**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 10-cr-00009-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JORGE GOMEZ-CUETO,

      Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

      Pursuant to a telephone conference between counsel and Chambers staff, the sentencing for Defendant Jorge Gomez-Cueto is RESET to **July 8, 2010 at 9:30 a.m.**

      DATED:  April 15, 2010